```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 06 B 08024
   JACOB A EKOUE
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-9382

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/07/2006 and was confirmed 10/25/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/12/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------
AMC MORTGAGE SERVICES      CURRENT MORTG         .00            .00             .00
AMC MORTGAGE SERVICES      MORTGAGE ARRE    17366.31            .00         3759.65
NATIONWIDE ACCEPTANCE~     SECURED           1223.00            .85         1223.00
NATIONWIDE ACCEPTANCE~     UNSECURED         2821.75            .00             .00
CUBSA INC                  UNSECURED          491.69            .00             .00
COMMONWEALTH FINANCIAL     UNSECURED       NOT FILED            .00             .00
GENESIS FINANCIAL SOLUTI   UNSECURED       NOT FILED            .00             .00
MUTUAL HOSPITAL SERV       UNSECURED       NOT FILED            .00             .00
NICOR GAS                  UNSECURED       NOT FILED            .00             .00
PLAINS COMMERCE BANK       UNSECURED       NOT FILED            .00             .00
RMI/MCSI                   UNSECURED          600.00            .00             .00
RMI/MCSI                   UNSECURED       NOT FILED            .00             .00
STATE FARM MUTUAL          UNSECURED       NOT FILED            .00             .00
NATIONAL PAYMENT CENTER    UNSECURED             .00            .00             .00
UNION CR NB                UNSECURED       NOT FILED            .00             .00
WALONICK CONSULTING CO     UNSECURED       NOT FILED            .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          771.52            .00             .00
EDUCATIONAL CREDIT MGMT    NOTICE ONLY    NOT FILED             .00             .00
DEVONA & HOUGH             DEBTOR ATTY      1,254.00                        1,254.00
TOM VAUGHN                 TRUSTEE                                            362.50
DEBTOR REFUND              REFUND                                                .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             6,600.00

PRIORITY                                          .00
SECURED                                      4,982.65
   INTEREST                                       .85
UNSECURED                                         .00

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 08024 JACOB A EKOUE
```

```
ADMINISTRATIVE                                              1,254.00
TRUSTEE COMPENSATION                                          362.50
DEBTOR REFUND                                                    .00
                                   ---------------   ---------------
TOTALS                                    6,600.00          6,600.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 12/27/07                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE

                         PAGE   2
         CASE NO. 06 B 08024 JACOB A EKOUE